Prob 35
(1/92)

ORIGINAL

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

**United States District Court**
FOR THE
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 14 2006

at 3 o'clock and 15 min. P M
SUE BEITIA, CLERK

UNITED STATES OF AMERICA

v.                                Criminal No. CR 01-00313HG-06

RANEL HIRONAKA

On 11/22/2002, the above named was placed on supervised release for a period of four (4) years. She has complied with the rules and regulations of supervised release and is no longer in need of supervised release. It is accordingly recommended that she be discharged from supervised release at this time, having served 38 months of supervision.

Respectfully submitted,

_____
SYDNEY L. FLEMING
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Dated this 13th day of February, 2006.

_____
HELEN GILLMOR
Chief U.S. District Judge